UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

HASSAN CRAWFORD,

                Plaintiff,        12 Civ. 8520

   -against-                    OPINION

RECOVERY PARTNERS, et al.,

                Defendants.

------------------------------------X

A P P E A R A N C E S:

    Pro Se

    HASSAN CRAWFORD
    General Delivery
    New York, NY  10001

    Attorneys for Defendants

    LAW OFFICES OF ARTHUR SANDERS
    30 South Main Street
    New City, New York  10956
    By:  Arthur Jay Sanders, Esq.

    MEL S. HARRIS AND ASSOCIATES, LLC
    5 Hanover Square
    New York, NY  10004
    By:  Shelby Kirsten Benjamin, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/14

**Sweet, D.J.**

Plaintiff Hassan Crawford ("Plaintiff") filed his complaint, pro se, alleging violations of the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and various state laws on November 19, 2012.

The Plaintiff did not appear at the pretrial conference scheduled by the Court on September 19, 2013. By order of September 25, 2013, this action was dismissed for failure to prosecute.

On April 29, 214, the Plaintiff's motion to amend his complaint was granted. On May 2, 2013, a pretrial order was issued setting a pretrial conference for June 4, 2014, amended by order of June 2, 2013, setting the conference for September 17, 2014.

On September 17, 2014, the Defendants appeared and the Plaintiff did not. As a consequence, this action is dismissed without prejudice for failure to prosecute. Plaintiff is granted twenty (20) days to show good cause to reopen this action.

1

It is so ordered.

**New York, NY**
**September 22, 2014**

_____
ROBERT W. SWEET
U.S.D.J.

2